**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00002-MR-WCM**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID MICHAEL BOLDSTRIDGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |


**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release [Doc. 5].

The Defendant was indicted for possession of child pornography in the United States District Court for the Southern District of Florida on March 6, 2006. He pled guilty and was sentenced on November 21, 2006, to a term of 96 months' imprisonment followed by ten years of supervised release. The Defendant was released from custody on or about November 25, 2013, and his supervision was transferred directly to this District. [Doc. 1]. The Defendant, through counsel, now moves for the early termination of his supervised release. [Doc. 5].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Generally, the Court will consider terminating a term of supervised release where the defendant has exhibited exemplary behavior and has served at least two-thirds of the imposed term. Here, the Defendant has completed a little more than five years of his ten-year term of supervised release. It is also noted that a ten-year term of supervised release is unusually short in light of the nature of the Defendant's conviction. While the Defendant's compliance with the terms and conditions of supervised release is commendable, the Court is not satisfied that termination is warranted under the circumstances at this time. Accordingly, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 5] is **DENIED** without prejudice. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on counsel for the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: February 7, 2019

Martin Reidinger
United States District Judge